# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| RANDALL ARTHUR RADUNZ,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID H. SCHWARTZ, Director,<br>Wisconsin Division of Hearings and<br>Appeals; and STATE OF WISCONSIN,<br><br>        Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.:   09-cv-015-slc |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DISMISSED with prejudice.


PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

                                  1/26/09
             /s/ M. Hardin                       _____
_____       Date
**by Deputy Clerk**